**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOLGER FIALLO,<br><br>                Plaintiff,<br><br>    v.<br><br><br>RED ROOSTER COFFEE CO., LLC<br><br>             Defendant. | Case No. 1:24-cv-07812 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, HOLGER FIALLO, and Defendant, RED ROOSTER COFFEE CO., LLC, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: December 10, 2024

NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: _/s/ Benjamin J. Sweet_
Benjamin J. Sweet (PA Bar No. 87338)
101 Pennsylvania Blvd., Suite 2
Pittsburgh, Pennsylvania 15228
Tel: (412) 857-5350
ben@nshmlaw.com

*Attorneys for Plaintiff*

O'HAGAN MEYER LLC

By: _/s/ Ryan T. Benson_
Ryan T. Benson (ARDC No. 6312338)
One E. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel: (312) 422-6100
rbenson@ohaganmeyer.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of December, 2024.

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet